Timothy P. Dillon (SBN No. 123953)
LAW OFFICES OF TIMOTHY P. DILLON
1925 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 553-9400
(310) 553-9405 Facsimile
timothy@dillonlaw.net

Andrew S. Friedman (*Pro Hac Vice*)
Francis J. Balint, Jr. (*Pro Hac Vice*)
BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.
2901 North Central, Suite 1000
Phoenix, Arizona  85012
(602) 274-1000
(602) 274-1199 Facsimile
afriedman@BFFB.com
fbalint@BFFB.com

Attorneys for Plaintiff

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CELEDONIA X. YUE, M.D. on behalf of the class of all others similarly situated, and on behalf of the General Public,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONSECO LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. CV 11-09506 AHM(SHx)<br><br>Honorable A. Howard Matz<br><br>**ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Putative) CLASS ACTION |

Based on the stipulation of the parties, and good cause appearing, the Court hereby adopts the following schedule for expedited discovery, briefing and determination of Plaintiff's anticipated motion for a preliminary injunction and, accordingly, IT IS HEREBY ORDERED:

1. Subject to any objections thereto, Conseco shall serve its responses to Plaintiff's Request for Production of Documents dated November 15, 2011 ("Request") on or before December 7, 2011, commence its production of documents on December 7, 2011, shall substantially complete such production on or before December 9, 2011 and shall complete such production by December 12, 2011.

2. Conseco shall provide a privilege log for (i) hard copy paper documents it reviewed to comply with the Request and (ii) electronically stored information it reviewed to comply with the Request no later than January 23, 2012.

3. Subject to any objections thereto, Plaintiff shall respond within 15 days to any discovery demands served by Conseco.

4. On or before December 14, 2011, subject to Conseco's objections, Plaintiff shall take the deposition of Gregory Turner, who shall appear both as a fact witness and a Rule 30(b)(6) designee with respects to topics 3 and 10 in Plaintiffs' Notice of 30(b)(6) Deposition ("30(b)(6) Notice"). The parties reserve their respective, rights and positions with respect to the 30(b)(6) Notice, including Conseco's objections to all topics other than nos. 3 and 10 and Plaintiff's position that the other topics are relevant and appropriately seek now discoverable information. Given the expedited nature of this discovery, Conseco may object in writing to the 30(b)(6) Notice, and such written objections shall preserve all of the Conseco's objections and rights with respect to the 30(b)(6) Notice without the need of seeking a protective order at this time. After the production of Conseco's

documents and after the deposition of Gregory Turner, the parties shall meet and confer as to whether Plaintiff requires further or additional depositions of Conseco witnesses.

5. Plaintiff shall appear for deposition on or before December 28, 2011.

6. The parties are hereby relieved of the time deadlines and joint stipulation requirements (but not the obligation to meet and confer in good faith) for discovery disputes and motions contained in Central District Local Rules 37-1, 37-2, and 37-3.  The following procedures shall apply to any discovery motions in connection with Plaintiff's motion for a preliminary injunction:

    (a) the moving party's initial memorandum shall be limited to five pages;

    (b) the opposition memorandum shall be limited to five pages and shall be due four court days after the motion is served;

    (c) any reply memorandum shall be limited to three pages and will be due two court days after the opposition; and

    (d) these deadlines may be modified by agreement of the parties or further order of the Court.

7. Plaintiff shall file her motion for a preliminary injunction along with her supporting memorandum of law and all supporting documents on or before December 23, 2011.  If Plaintiff's motion relies in any part on an expert's opinion, Plaintiff shall, along with serving her motion, serve an expert report complying with Rule 26 and shall make such expert available for deposition on forty-eight hours' notice by Conseco.

8. Conseco shall oppose Plaintiff's motion for a preliminary injunction on or before January 9, 2012.  If Conseco's motion relies in any part an expert's opinion, Conseco shall, along with serving its response to the motion, serve an

expert report complying with Rule 26 and shall make such expert available for deposition on forty-eight hours' notice by Plaintiff.

9. Plaintiff shall file her reply on or before January 17, 2012.

10. Unless otherwise ordered, the hearing will be on January 23, 2012 at 10:00 a.m.

11. The time for Conseco to file an answer or to otherwise respond to the Complaint is extended up to and including ten days after Plaintiff's motion for a preliminary injunction is decided by a written order of the Court.

12. Any party may seek to modify or amend this schedule upon good cause.

DATED: December 08, 2011

_____
Honorable A. Howard Matz
United States District Judge